**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**COLBY DICKERSON,**                                                          **PLAINTIFF**

**v.**                **CASE NO. 4:14CV00027 BSM**

**BOWEN, Deputy,
Faulkner County Sheriff's Office,** *et al.*                **DEFENDANTS**

**ORDER**

This case is dismissed without prejudice for failure to prosecute. On January 17, 2014, plaintiff Colby Dickerson was ordered to file a prison calculation sheet and an amended complaint within thirty days. [Doc. No. 3]. Dickerson was advised that if he failed to do so, his case would be dismissed for failure to prosecute. Dickerson did not receive a copy of the January 17, 2014, order because he was released from the Faulkner County Detention Center and did not provide a forwarding address. *See* [Docs. Nos. 4, 6, 7 & 8]. Since that time, Dickerson has not provided a current address or otherwise attempted to prosecute this case. *See* L.R. 5.5(c)(2); Fed. R. Civ. P. 41(b).

Accordingly, this case is dismissed without prejudice due to a lack of prosecution. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of February, 2014.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE