**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**COLBY DICKERSON,**                                                                                           **PLAINTIFF**

**v.**                                    **CASE NO. 4:14CV00027 BSM**

**BOWEN, Deputy,**
**Faulkner County Sheriff's Office,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of February, 2014.

                                                                                        _____
                                                                                        UNITED STATES DISTRICT JUDGE